FILE COPY

*I, CATHY S. LUSK, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Pither Plumbing Co., Inc., Plaintiff in the trial court secured an extension of thirty-one (31) days in which to file Appellee's Brief in the following numbered and entitled cause:

**American Idol, General, LP d/b/a The REO, and Randy Hanson a/k/a Randall Hanson**

**No. 12-14-00134-CV**          **vs.**

**Pither Plumbing Co., Inc.**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 10th day of July 2015, A.D.



Respectfully yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk